LORIE J. TEICHERT Attorney at Law
California State Bar No. 142271
TEICHERT & ASSOCIATES, APC
1322 F Street
Sacramento, CA 95814
Telephone: (916) 441-4410

Attorney for Defendant
CARMEN LEPE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CARMEN LEPE,<br><br>　　　　　Defendant. | Case No. CR. S-05-245 GEB<br><br>ORDER FOR TEMPORARY<br>RELEASE OF PASSPORT |

　　IT IS HEREBY ORDERED that the passport of Defendant, CARMEN LEPE, which was previously surrendered to the Court on or about June 16, 2005 in this matter, be released to CARMEN LEPE and that Defendant, CARMEN LEPE, is ordered to re-surrender said passport to this Court no later than the close of business on August 16, 2005.

DATED: July 27, 2005.

　　　　　　　　　　　　　　　　　　　/s/ Mueller
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1