LORIE J. TEICHERT
Attorney at Law
California State Bar No. 142271
TEICHERT & ASSOCIATES, APC
1322 F Street
Sacramento, CA  95814
Telephone: (916) 441-4410

Attorney for Defendant
CARMEN LEPE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR. S-05-245 KJM |
| Plaintiff, | |
| v. | ORDER TO RELEASE PASSPORT |
| CARMEN LEPE, | |
| Defendant. | |

    IT IS HEREBY ORDERED that the passport of Defendant, CARMEN LEPE, which was previously surrendered to the Court on or about August 16, 2005 in this matter, be released.

DATED:  October 27, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

1