1 LORIE J. TEICHERT
Attorney at Law
2 California State Bar No. 142271
TEICHERT & ASSOCIATES, APC
3 1322 F Street
Sacramento, CA 95814
4 Telephone: (916) 441-4410

5 Attorney for Defendant
CARMEN LEPE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. Cr. S-05-0245 KJM |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | REQUEST FOR ORDER AND |
| | ) | ORDER EXONERATING BOND |
| CARMEN LEPE, | ) | |
| | ) | |
| Defendant. | ) | |

On or about June 14, 2005, Defendant Carmen Lepe initially appeared on Case No. MAG. 05-0169 PAN and was ordered released upon the condition that a $10,000.00 Appearance Bond secured by real property be posted. An Appearance Bond, secured by real property located at 521 Czerny Street, Tracy, California, 95376 was posted by Juan Lepe and Carmen Lepe, Husband and Wife, on behalf of Carmen Lepe, in Case No. MAG. 05-0169 PAN on or before July 8, 2005. Carmen Lepe had been in custody in this district based on a complaint filed in this district.

On or about June 28, 2005, Defendant Carmen Lepe was arraigned on an Indictment in Case No. Cr. S-05-245 GEB based on the facts underlying Case No. MAG. 05-0169 PAN. On or about July 22, 2005, the Defendant entered a plea to a violation of 18 USC sections 1028(a)(6) and 2 in front of Magistrate Judge Kimberly J. Mueller.

/////

October 6, 2005, the Defendant was sentenced for one misdemeanor violation of 18 USC sections 1028(a)(6) and 2 as follows: twelve months probation, a $500.00 fine, and a $25.00 special assessment, with probation to terminate upon payment of the fine and special assessment. The fine and special assessment were paid in full that same day, October 6, 2005. As such, the Defendant was terminated and the case closed.

Based on the foregoing and the owners' desire to sell the property as soon as possible, it is hereby requested that the appearance bond secured by the $10,000.00 deed of trust by Juan Lepe and Carmen Lepe be exonerated in the above-captioned case and that the Clerk of the District Court be directed to reconvey the above-described real property back to Juan Lepe and Carmen Lepe at:

521 Czerny Street

Tracy, CA 95376

Dated: March 16, 2007                                    Respectfully submitted,


   /s/ Lorie J. Teichert
LORIE J. TEICHERT
Attorney for Defendant

**ORDER**

IT IS HEREBY ORDERED that the appearance bail bond in the amount of $10,000.00 secured by real property located at 521 Czerny Street, Tracy, California, 95376 is hereby exonerated and the Clerk of the Eastern District Court is ordered to reconvey the title to said property back to Juan Lepe and Carmen Lepe, Husband and Wife.

DATED: March 21, 2007.

U.S. MAGISTRATE JUDGE

2